Steven S. Vosbikian
VOSBIKIAN & VOSBIKIAN
Attorney for Plaintiffs
1060 Kings Highway North
Suite 101
Cherry Hill, NJ 08034
T: (856) 755-1400; F (856) 755-1475
ssvosbikian@voslaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERDAL KILIC<br><br>*Plaintiff,*<br><br>v.<br><br>ANTONY BLINKEN, ET AL.<br><br>*Defendants.* | Civil Action No.: 2:23-cv-1486<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice that the above-style action is voluntary dismissed, with prejudice against the Defendants.

Dated this 3rd day of May 2023

It is so ordered this 3rd day of May, 2023

*Brian R. Martinotti, U.S.D.J.*

VOSBIKIAN & VOSBIKIAN

By: _____
STEVEN S. VOSBIKIAN
Attorney for Plaintiff

- 1 -